BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
EDWARD J. WYNDER, ESQ.
Nevada Bar No. 13991
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettleslawfirm.com
christian@nettleslawfirm.com
edward@nettleslawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| JACOB HUGHES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, a foreign limited-liability company; DOES I through X, inclusive; and ROSE CORPORATIONS I through X, inclusive,<br><br>Defendant(s). | CASE NO.: 2:18-cv-00700-APG-PAL<br><br>**[PROPOSED] STIPULATION TO CONTINUE HEARING ON STIPULATION FOR EXTENSION OF TIME** |

COMES NOW, Plaintiff, JACOB HUGHES, by and through his counsels of record, Brian D. Nettles, Esq., Christian M. Morris, Esq., and Edward J. Wynder, Esq., of the NETTLES LAW FIRM, and Defendant, JAMES RIVER INSURANCE COMPANY, by and through their counsels of record, JARED G. CHRISTENSEN, ESQ. and DELEELA M. WEINERMAN, ESQ., of BREMER WHYT BROWN & O'MEARA LLP, and hereby stipulate to the continuance of the hearing on stipulation for extension of time currently scheduled for August

1

30, 2018 at 9:00 a.m. **ALL PARTIES STIPULATE to continue the matter to September 10, 2018, at the hour of 9:00 a.m.**

DATED this 23rd day of August, 2018.                    DATED this 23rd day of August, 2018.

NETTLES LAW FIRM                                         BREMER WHYTE BROWN & O'MEARA, LLP


*/s/ Edward J. Wynder, Esq.*                             */s/ Deleela M. Weinerman, Esq.*
BRIAN D. NETTLES, ESQ.                                   LUCIAN J. GRECO, Esq.
Nevada Bar No. 7462                                      Nevada Bar No. 10600
CHRISTIAN M. MORRIS, ESQ.                                JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11218                                     Nevada Bar No. 11538
EDWARD J. WYNDER, ESQ.                                   DELEELA M. WEINERMAN, ESQ.
Nevada Bar No. 13991                                     Nevada Bar No. 13985
1389 Galleria Drive, Suite 200                           1160 N. Town Center Dr., Suite 250
Henderson, Nevada 89014                                  Las Vegas, Nevada 89144
*Attorneys for Plaintiff*                                *Attorneys for Defendant*

## **ORDER**

Upon stipulation of counsel and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the hearing on stipulation for extension of time currently scheduled for August 30, 2018 at 9:00 a.m. is hereby moved to September 10, 2018, at 9:00 a.m.

HEREBY ORDERED this 24th day of August, 2018.

_____
MAGISTRATE JUDGE

Respectfully submitted by:

NETTLES LAW FIRM

*/s/ Edward J. Wynder, Esq.*
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
EDWARD J. WYNDER, ESQ.
Nevada Bar No. 13991
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
*Attorneys for Plaintiff*