LUCIAN J. GRECO, ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB HUGHES, an individual, | Case No. 2:18-cv-00700-APG-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS** |
| vs. | |
| JAMES RIVER INSURANCE COMPANY; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILTY COMPANIES 21 through 30, inclusive, | |
| Defendants. | |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JACOB HUGHES, and Defendant, JAMES RIVER INSURANCE COMPANY by and through their attorneys of record that all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY be dismissed, with prejudice, the parties to each

/ / /

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1156.306 4824-9903-7316.2

bear their own fees and costs.

Dated this 19th day of December, 2018

BREMER, WHYTE, BROWN & O'MEARA, LLP

*/s/Deleela M. Weinerman*
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

Dated this 19th day of December, 2018

NETTLES LAW FIRM

*/s/Edward J. Wynder*
Brian D. Nettles, Esq.
Nevada Bar No. 7462
Christian M, Morris, Esq.
Nevada Bar No. 11218
Edward J. Wynder, Esq.
Nevada Bar No. 13991
Attorneys for Plaintiff,
Jacob Hughes

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 20, 2018.

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:18-cv-00700-APG-PALwas submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

*/s/Deleela M. Weinerman*
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1156.306 4824-9903-7316.2